# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>ASTRIA HEALTH, et al.,<br>　　　　　　　　　Debtor(s) | ) Case No. 19-01189-WLH11<br>)<br>)<br>) |
| ASTRIA HEALTH, et al.,<br>　　　　　　　　　Plaintiff(s)<br>　　v.<br>CERNER CORPORATION AND<br>CERNER REVWORKS, LLC,<br>　　　　　　　　　Defendant(s) | ) Adv. Proc. No. 21-80005-WLH<br>)<br>) **NOTICE OF SCHEDULING**<br>) **CONFERENCE**<br>)<br>) |

PLEASE TAKE NOTICE THAT a scheduling conference has been set for May 12, 2021 at 1:30PM on the above entitled adversary proceeding for the purpose of addressing matters contemplated by FRCP 16(b).

PLEASE FURTHER TAKE NOTICE THAT:

The attorney for the plaintiff shall provide a copy of this notice to all opposing parties or their attorneys;

The parties shall confer as required by FRCP 26(f). In accordance with that rule, but in no event no less than five (5) days prior to the date set for the scheduling conference, the attorneys of record shall file a written report as contemplated by FRCP 26(f).

Each party shall also certify that he or she considered mediation to resolve the dispute by filing ADR Form 2, Certificate of Compliance with LBR 9019-2.

The scheduling conference will be held by telephone conference. To be included on the scheduling conference, each party must call (877) 402-9757, Access 7036041 at the designated time referred to above. If you should have any questions, please call Nydia Urlacher at (509) 576-6105.

The written report is due no later than May 7, 2021.

Dated: March 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　by:　/s/Cassandra Rehn
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

NOTICE OF SCHEDULING CONFERENCE - 1