So Ordered.

Dated: April 13th, 2021

Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ASTRIA HEALTH, et al.,<br><br>　　　　　Debtors.[1] | Jointly Administered Under:<br>Lead Case No. 19-01189-WLH11<br>Chapter 11 |
| ASTRIA HEALTH, et al.,<br>　　　　　Plaintiffs,[2]<br>　　vs.<br>CERNER CORPORATION AND CERNER REVWORKS, LLC,<br>　　　　　Defendants. | Adversary No. 21-80005<br><br>**ORDER GRANTING**<br>***EX PARTE* MOTION TO SEAL EXHIBITS TO COMPLAINT** |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHC Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

[2] The Plaintiffs are as follows: Astria Health, SHC Holdco, LLC, SHC Medical Center – Toppenish, SHC Medical Center – Yakima, and Sunnyside Community Hospital Association, (collectively "Astria" or the "Plaintiff").

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

-1-

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

This court, upon the *Ex Parte* Motion to Seal Exhibits to Complaint (the "Motion"), pursuant to 11 U.S.C. §§ 105(a) and 107, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 9018-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Washington, finding that the relief sought by the Motion is proper, authorized by law and is otherwise equitable and warranted; it further appearing that the court has jurisdiction over this matter; and it further appearing that notice of the Motion is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion [ECF No. 6] is granted in its entirety;

ORDERED, that the Exhibits and their contents [ECF Nos. 11, 12] shall be kept and remain under seal unless otherwise ordered by this court;

ORDERED, that a copy of this order shall be served on all parties who have requested service through the court's ECF noticing system with regard to the Chapter 11 Cases.

///End of Order///

PRESENTED BY:

/s/ James L. Day
JAMES L. DAY (WSBA #20474)
THOMAS A. BUFORD (WSBA #52969)
ANTHONY A. BONGIORNO (admitted *Pro Hac Vice*)
ERIC D. WOLKOFF (admitted *Pro Hac Vice*)
SUSHEEL KIRPALANI (admitted *Pro Hac Vice*)

*Attorneys for Plaintiffs Astria Health, et al.*

\* Changes made by court

**ORDER GRANTING MOTION TO FILE UNDER SEAL** -2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104