# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>ASTRIA HEALTH, et al.,<br>　　　　　　　Debtors.[1] | Jointly Administered Under:<br>Lead Case No. 19-01189-WLH11<br>Chapter 11 |
| ASTRIA HEALTH, et al.,<br>　　　　　　　Plaintiffs,[2]<br>　　vs.<br>CERNER CORPORATION AND CERNER REVWORKS, LLC,<br>　　　　　　　Defendants. | Adversary No. 21-80005-WLH<br><br>SCHEDULING ORDER |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHC Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

[2] The Plaintiffs are as follows: Astria Health, SHC Holdco, LLC, SHC Medical Center – Toppenish, SHC Medical Center – Yakima, and Sunnyside Community Hospital Association, (collectively "Astria" or the "Plaintiff").

SCHEDULING ORDER　　-1-　　QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

ee17es013d

21-80005-WLH    Doc 34    Filed 05/17/21    Entered 05/17/21 13:00:01    Pg 1 of 4

A scheduling conference was held before the Honorable Whitman L. Holt on May 12, 2021.

IT IS HEREBY ORDERED as follows:

1. Fed. R. Civ. P. 26 disclosures shall be served by June 1, 2021.

2. Additional parties shall be joined by October 1, 2021.

3. Pleadings shall be amended by October 1, 2021.

4. The close of fact discovery shall be December 1, 2021.

5. Plaintiffs' expert witness disclosures, in accordance with Fed. R. Civ. P. 26(a)(2), shall be served by December 15, 2021.

6. Defendants' expert witness disclosures, in accordance with Fed. R. Civ. P. 26(a)(2), shall be served by January 15, 2022.

7. The close of expert discovery shall be February 15, 2022.

8. All summary judgment and dispositive motions shall be served and filed no later than March 1, 2022. NOTE: If summary judgment and/or dispositive motions are filed, a status conference shall be scheduled in accordance with Local Rule 7056.1.

9. A status conference shall be held on March 15, 2022 at 2:00 p.m. via telephone conference to be initiated by the parties calling 877-402-9757, Access 7036041.

10. The parties shall serve and file a proposed pretrial order no later than May 27, 2022.

SCHEDULING ORDER -2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

ee17es013d

21-80005-WLH    Doc 34    Filed 05/17/21    Entered 05/17/21 13:00:01    Pg 2 of 4

11. A pretrial conference shall be held on June 1, 2022 at 10:00 a.m. via telephone conference to be initiated by the parties calling 877-402-9757, Access 7036041.

12. The eight-day trial in this manner is scheduled to commence on July 6, 2022 at 9:30 a.m. at Tower Building, 2nd Floor Courtroom, 402 East Yakima Avenue, in Yakima, Washington. The parties shall be in court 30 minutes prior to the commencement of the trial.

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP

By  /s/Lesley Bohleber
   James L. Day, WSBA #20474
   Thomas A. Buford, WSBA #52969
   Lesley Bohleber, WSBA #49150
*Attorneys for Astria Health et al.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Anthony A. Bongiorno
   Anthony A. Bongiorno (*admitted pro hac vice*)
   Eric D. Wolkoff (*admitted pro hac vice*)
   Susheel Kirpalani (*admitted pro hac vice*)
*Attorneys for Astria Health et al.*

DAVIDSON BACKMAN MEDEIROS, PLLC

By  /s/   Bruce K. Medeiros
   Bruce K. Medeiros, WSBA # 07908
   Barry W. Davidson, WSBA # 16380
*Attorneys for Cerner Corporation and Cerner Revenue Cycle, LLC*

SCHEDULING ORDER -3- QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

ee17es013d

21-80005-WLH    Doc 34    Filed 05/17/21    Entered 05/17/21 13:00:01    Pg 3 of 4

PEAK LITIGATION LLP

By  /s/   Patrick N. Fanning
   Patrick N. Fanning (*admitted pro hac vice*)
*Attorneys for Cerner Corporation and Cerner Revenue Cycle, LLC*

SCHEDULING ORDER -4-

QUINN EMANUEL
URQUHART
& SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

ee17es013d

21-80005-WLH    Doc 34    Filed 05/17/21    Entered 05/17/21 13:00:01    Pg 4 of 4