Bruce K. Medeiros (WSBA No. 16380)
DAVIDSON BACKMAN MEDEIROS PLLC
2021-601 W. Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone:   (509) 624-4600
Facsimile:   (509) 623-1660
Email :   bmedeiros@dbm-law.net

Patrick N. Fanning (*pro hac vice*)
Kristina L. Burmeister (*pro hac vice*)
J. Aaron Craig (*pro hac vice*)
Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone:   816-292-2000
Email :   patrick.fanning@lathropgpm.com
          kristi.burmeister@lathropgpm.com
          aaron.craig@lathropgpm.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br>ASTRIA HEALTH, et al.,<br>Debtor(s) | Case No. 19-01189-WLH11 |
| ASTRIA HEALTH, et al.,<br><br>        Plaintiffs,<br>v.<br><br>CERNER CORPORATION AND CERNER REVENUE CYCLE, LLC,<br><br>        Defendants. | Adv. Proc. No. 21-80005-WLH<br><br>**NOTICE OF CHANGE OF FIRM AND ADDRESS** |

Notice of Change of Firm and Address- 1

Patrick Fanning, Kristina Burmeister and J. Aaron Craig provide notice that they have changed law firms and are now partners of the firm Lathrop GPM LLP. Their new contact information is:

> Lathrop GPM LLP
> 2345 Grand Blvd., Suite 2200
> Kansas City, MO 64108
> Telephone: 816-292-2000
> Email: patrick.fanning@lathropgpm.com
> kristi.burmeister@lathropgpm.com
> aaron.craig@lathropgpm.com

Dated: November 15, 2021     Respectfully Submitted:

/s/Patrick N. Fanning
Bruce K. Medeiros (WSBA No. 16380)
DAVIDSON BACKMAN MEDEIROS PLLC
2021-601 W. Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
Email: bmedeiros@dbm-law.net

Patrick N. Fanning (*pro hac vice*)
Kristina L. Burmeister (*pro hac vice*)
J. Aaron Craig (*pro hac vice*)
LATHROP GPM LLP
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108
Telephone: 816-292-2000
Email: patrick.fanning@lathropgpm.com
kristi.burmeister@lathropgpm.com
aaron.craig@lathropgpm.com

Notice of Change of Firm and Address- 2