# Exhibit A

| | |
|---|---|
| Message | |
| From: | John Gallagher [/O=REGIONAL EXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED65BB31A1B6419DAD17FFE63C0780B2-JOHN G] |
| Sent: | 1/8/2019 10:38:22 AM |
| To: | Cary Rowan [cary@astria.health]; Mark Hartman [mhartman@spectrumhpllc.com]; Derek Morkel [derek.morkel@healthtechs3.com] |
| Subject: | Fwd: Astria/Cerner Phone Call |

some additional background for the 8 am call


John M. Gallagher, FACHE
President and CEO
Astria Health
1806 Yakima Valley Hwy.
Sunnyside, WA 98944
P 509.837.1300




Begin forwarded message:

**From:** John Gallagher <jg@astria.health>
**Subject: Re: Astria/Cerner Phone Call**
**Date:** January 8, 2019 at 7:39:38 AM PST
**To:** "English,James" <James.English@cerner.com>

James
I appreciate the additional resources as we are 6 months in at sunnyside and just now collecting 100% as of December with 30M in net AR outstanding from a june go live and 4 months in at Yakima and Toppenish and still collecting only 65% of net. Unfortunately issues interrelated and are directly related to the ehr implementation and subsequent collection process. I hope we can come to some resolution while you are on site this week to accelerate the collection process and accelerate the discussion on cash infusion for some short term relief.
Thank you

John M. Gallagher, FACHE
President and CEO
Astria Health
1806 Yakima Valley Hwy.
Sunnyside, WA 98944
P 509.837.1300

21-80005-WLH    Doc 89-1    Filed 11/16/21    Entered 11/16/21 19:13:51    Pg 2 of 2
CONFIDENTIAL                                                                                            ASTRIA0522494