# Exhibit B

```
 1            UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF WASHINGTON
 2

 3

 4

 5

 6    ASTRIA HEALTH, et al.,    )
                                )
 7            Plaintiffs,       )
                                )
 8      vs.                     ) Adversary No.
                                ) 21-80005-WLH
 9    CERNER CORPORATION AND    )
      CERNER REVWORKS, LLC,     )
10                              )
              Defendants.       )
11

12

13                    VIDEOTAPE

14                      ZOOM

15               D E P O S I T I O N

16

17

             The DEPOSITION of MR. JOSHUA GALL,
18     taken on behalf of PLAINTIFF, before:

19           DANA L. BURKDOLL, CSR, RPR, CCR
             Certified Court Reporter #1364
20           Registered Professional Reporter
             Certified Shorthand Reporter #1955
21

22         at THE LAW OFFICES OF PEAK LITIGATION,
      4900 MAIN STREET, SUITE 160, KANSAS CITY,
23    MISSOURI 64112; on the 9TH day of NOVEMBER,
      2021 at 9:00 a.m.
24

25
```

1  brand new system.  It takes time to get to the
2  steady state that you need to be.
3      Now, typically, you know, again, it's
4  situational-based -- I been on go lives that
5  have gone very well in that we've seen, you
6  know, steady state -- well, I don't want to say
7  steady state, but we've seen -- we've gotten to
8  a level where we wanted to be after a shorter
9  amount of time, be it two or three months, but
10 I've also seen scenarios where, you know, it
11 takes more time.  So I don't think
12 "immediately" is a reasonable expectation.
13 BY MR. COLE:
14 Q. And would you think -- scratch that.
15     Would you agree that as between the
16 Cerner her and revenue cycle software and the
17 RevWorks services, that it's a quick and easy
18 process to integrate those two and get a
19 hospital's revenue cycle process running
20 smoothly?
21         MS. BURMEISTER:  Object to form.
22         THE WITNESS:  Again, it can be, but
23 again, it's not just laying the system in.  I
24 mean, there is a lot of prep, there's a lot of
25 timing that has to go into it.  You know,

1 there's buy-in from both sides because I know
2 that, you know, there is a lot of review and
3 questions that Cerner build teams go over with
4 clients. You know, there's a lot of requests
5 on the client's side to make sure that the
6 system can do what they need it to do, based on
7 the services that they've providing. So again,
8 I've seen it go very smoothly, but I've also
9 seen it not go smoothly. But unfortunately in
10 our industry there is so many different
11 variables that you have to take into account or
12 that you're dealing with, it's hard to know or
13 foresee which issue you might run into or might
14 be driving the issues or concerns.
15 BY MR. COLE:
16 Q. From your perspective, did you feel like the
17 rev cycle process was working about the same at
18 the three hospitals, or did they vary
19 considerably from hospital to hospital?
20     MS. BURMEISTER: Object to form.
21     THE WITNESS: Between the three for
22 Astria, I would say that Sunnyside seemed to
23 be -- seemed to be going at a better rate
24 initially than Yakima might have been. I think
25 part of that has to go into the fact that one

1      of the things that we discovered was the
2      communications between those locations wasn't
3      always happening, so some of stuff that we were
4      communicating, I think, was being implemented
5      at Sunnyside, and we found that some of the
6      stuff we had requested wasn't being implemented
7      at Yakima.  Now, to why that was happening, I
8      don't know one hundred percent, but I would say
9      that, you know, in the hospitals are different
10     themselves for the fact that Sunnyside was much
11     smaller than Yakima, for example, so again,
12     that is another thing that can impact it
13     because just because one hospital seems to be
14     going at a better rate, they might not have the
15     same issues, concerns, inventory that another
16     hospital might have, so I don't think we felt
17     that some of the compounded, especially in the
18     backlog as much at Sunnyside, but we did feel
19     it a lot more in Yakima.
20     BY MR. COLE:
21  Q. And where did Toppenish come in?
22  A. Toppenish was kind of combined in with Yakima.
23  Q. My recollection is that the transition over to
24     Gaffey was around August of 2019.  Does that
25     sound right to you?