UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ASTRIA HEALTH,<br><br>                Debtor.<br><br>ASTRIA HEALTH,<br><br>                Plaintiff,<br><br>   vs.<br><br>CERNER CORPORATION AND CERNER REVENUE CYCLE, LLC,<br><br>                Defendants. | Jointly Administered Under:<br>Lead Case No. 19-01189-WLH11<br>Chapter 11<br><br><br><br>Adversary No. 21-80005-WLH<br><br><br><br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF ASTRIA HEALTH'S MOTION TO COMPEL |

THIS MATTER came before the court upon *Plaintiff Astria Health's Motion to Compel* (Dkt. No. 75) ("the Motion"), and the court having reviewed and considered the Motion and *Defendants' Opposition to Plaintiff's Motion to Compel* (Dkt. No. 88) it is hereby

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF ASTRIA HEALTH'S MOTION TO COMPEL

-1-

QUINN EMANUEL
URQUHART
& SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

**ORDERED** as follows:

1. The Motion is granted in part and denied in part.

2. In response to Astria's discovery Request No. 25, Cerner Corporation and Cerner Revenue Cycle, LLC ("Cerner") shall produce documents and communications dated between January 2015 and September 2020 related to the marketing of RevWorks, any revenue cycle software sold as part of CommunityWorks, or Cerner Patient Accounting to hospitals, hospital systems, clinics or health care providers provided that the marketing was aimed at potential customers in Washington State or had a national reach such that the marketing would have been directed into Washington State.

3. In response to Astria's discovery Request No. 26, Cerner shall produce documents and communications concerning any complaint Cerner received from a Cerner client related to an issue associated with or that resulted in diminished cash flows lasting longer than three months after go-live or delays in the ability to collect or post cash, related to the use of RevWorks, or any revenue cycle software sold as part of CommunityWorks, or Cerner Patient Accounting at any hospital, hospital system, clinic or health care provider in Washington State between January 2015 and September 2020.

4. In response to Astria's Interrogatory Number 5, Cerner shall identify every hospital, hospital system, clinic or health care provider in Washington State to which it has marketed RevWorks, any revenue cycle software sold as part of CommunityWorks, or Cerner Patient Accounting between January 2015 and September 2020. Cerner will include hospitals, hospital systems, clinics or health care providers located outside of Washington State if any aspect of the revenue cycle software, RevWorks or BOS Services was to be used in Washington State.

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF ASTRIA HEALTH'S MOTION TO COMPEL -2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

21-80005-WLH12   Doc 112   Filed 12/08/21   Entered 12/08/21 11:56:38   Pg 2 of 4

5. In response to Astria's discovery Request No. 27, Cerner shall produce all documents and communications instructing or otherwise providing guidance to its employees and/or representatives on how to respond to questions from customers or potential customers related to the problems at Astria Health, the problems at Benewah Community Hospital, and the six customers identified in the media articles listed in paragraph 54 of Astria's Amended Complaint (Dkt. No. 63).

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/  *James L. Day*
James L. Day (WSBA #20474)
Thomas A. Buford (WSBA #52969)
Lesley Bohleber (WSBA #49150)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Phone: (206) 292-2110
Fax: (206) 292-2104
Email: jday@bskd.com
tbuford@bksd.com
lbohleber@bskd.com

Anthony A. Bongiorno (Admitted *Pro Hac Vice*)
Eric D. Wolkoff (Admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Phone: (617) 712-7100
Fax: (617) 712-7200

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF ASTRIA HEALTH'S MOTION TO COMPEL    -3-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

em06j901bq

21-80005-WLH12    Doc 112    Filed 12/08/21    Entered 12/08/21 11:56:38    Pg 3 of 4

Email: anthonybongiorno@quinnemanuel.com
ericwolkoff@quinnemanuel.com

Susheel Kirpalani (Admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7200
Fax: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com

*Attorneys for Plaintiff Astria Health*

Approved for entry:


By  */s/ Bruce K. Medeiros*
BRUCE K. MEDEIROS (WSBA 16380)
DAVIDSON BACKMAN MEDEIROS PLLC
2021-601 W. Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
Email: bmedeiros@dbm-law.net

Patrick N. Fanning (*pro hac vice*)
Kristina L. Burmeister (*pro hac vice*)
J. Aaron Craig (*pro hac vice*)
LATHROP GPM LLP
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108
Telephone: 816-292-2000
Email: patrick.fanning@lathropgpm.com
kristi.burmeister@lathropgpm.com
aaron.craig@lathropgpm.com

*Attorneys for Defendants*

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF ASTRIA HEALTH'S MOTION TO COMPEL -4-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
T 617.712.7100 / F 617.712.7200

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104